```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 11-cr-58-01-JL

Michael Ekola

                        O R D E R

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; the continuance is limited to 60 days.  Final Pretrial is rescheduled to August 24, 2011 at 2:30 PM; Trial is continued to the two-week period beginning September 7, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                   /s/ Joe Laplante
                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date:  June 8, 2011

cc:  Jonathan Saxe, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation