UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Criminal No. 11-cr-58-01-JL

Michael Ekola

## O R D E R

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted; The continuance is limited to 30 days; No further continuances without a hearing and showing of good cause.  Final Pretrial is rescheduled to September 23, 2011 at 10:30 AM; Trial is continued to the two-week period beginning October 4, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

August 15, 2011

cc:    Jonathan Saxe, Esq.
       Debra Walsh, Esq.
       U. S. Marshal
       U. S. Probation